■ In the Matter of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent, v DORIS ELIAS, Appellant. [635 NYS2d 482] —In a proceeding pursuant to CPLR article 75 to vacate an arbitration award, Doris Elias appeals from a judgment of the Supreme Court, Nassau County (O'Brien, J.), dated July 12, 1993, which, *inter alia,* denied her application and confirmed the award.

Ordered that the judgment is affirmed, without costs or disbursements.

By decision dated April 29, 1992, an arbitrator awarded the appellant $65,000 in compensation for injuries she incurred in a car accident pursuant to an underinsured motorist claim. The appellant, not satisfied with the amount of the award, eventually sought to have it vacated on a variety of grounds. However, because her application was made beyond the 90-day time limit of CPLR 7511 (a), it was properly denied *(see, Matter of Malatestinic v Board of Educ.,* 132 AD2d 661).

We have considered the appellant's remaining contentions and find them to be without merit. Balletta, J. P., Ritter, Copertino and Friedmann, JJ., concur.